# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| SHANNON NELSON,<br><br>    Plaintiff,<br><br>vs.<br><br>DAJ GLOBAL PARTNERS, LLC, DAJ DISTRIBUTION, INC., AMAZON.COM, INC., AND DOES 1–10,<br><br>    Defendants. | Cause No. 23-cv-76-BMM-JTJ<br><br><br>**ORDER GRANTING STIPULATED MOTION TO CHANGE DIVISIONAL VENUE** |

Having reviewed Amazon.com, Inc.'s Stipulated Motion to Change Divisional Venue (Doc. 6), and for good cause shown, IT IS ORDERED that the motion is GRANTED. Divisional venue for this case is hereby transferred from the Butte Division to the Billings Division of the United States District Court for the District of Montana, pursuant to 28 U.S.C. § 1404(a), Fed. R. Civ. P. 12(b)(3) and Local Rule 3.2(c)(1).

IT IS FURTHER ORDERED that Defendants shall file answers within twenty-one (21) days of the date of this Order.

DATED this 30th day of November, 2023.

_____

Brian Morris, Chief District Judge
United States District Court